

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

GEORGIA M. PESTANA
*Corporation Counsel*

Melanie V. Sadok
phone: (212)356-4371
fax: (212)356-2019
email: msadok@law.nyc.gov

September 29, 2021

**By ECF**
The Honorable Paul A. Engelmayer
United States District Judge
United States District Court, Southern District of New York
40 Foley Square
New York, New York 10007

Re: Smith v. 94th Jamaica Avenue LLC et al, 21-CV-4771 (SDNY) (PAE)(OTW)

Your Honor:

I am an Assistant Corporation Counsel in the office of Georgia M. Pestana, Corporation Counsel of the City of New York, attorney for defendants the City of New York, the New York City Housing Development Corporation ("HDC"), and Eric Enderlin, in his official capacity, (collectively "City Defendants") in the above-referenced matter. I am writing to request an extension of time to answer or otherwise respond to the complaint from September 30, 2021 to November 5, 2021. The parties continue to pursue resolution of this matter and need additional time for those discussions. Plaintiffs have consented to this request.

This is the third request for an extension to respond to the complaint. Thank you for your consideration.

Respectfully submitted,

*Melanie V. Sadok*

Melanie V. Sadok
Assistant Corporation Counsel

cc: Attorneys for Plaintiffs (via ECF)
Attorneys for Co-Defendants (via ECF)

Granted. City Defendants' response to the complaint is due November 5, 2021. SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge
9/29/21